WILLIAM F. MCLAUGHLIN, ESQ. CSB#62095
1305 Franklin Street, Suite 311
Oakland, CA 94612
Tel: (510) 839-4456
Email: MCL551@AOL.COM

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

JIMETTE ANN DAVISON,

        Debtor

) Case No. 18-42929 WJL
)
) Chapter 13
)
) EX PARTE APPLICATION AND
) DECLARATION TO EXTEND TIME TO
) FILE REQUIRED DOCUMENTS
) ENUMERATED UNDER 11 USC 521(a)(1)
) AND CHAPTER 13 PLAN PURSUANT TO
) 11 U.S.C. 521(i)(3)
)
) (NO HEARING REQUIRED
)
)

    The ex-parte application of debtor's attorney requests an order for additional time to file the documents required and enumerated in 11 U.S.C. 521(a)(1) and FRBP 1007 (the "required documents) and for additional time to file the debtor's proposed Chapter 13 Plan. The required documents include the Summary of Schedules, Schedules A through J, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, and Statement of Monthly Disposable Income. This is the first request for an extension of time and is requested for the reasons hereafter stated.

    Debtor filed her case on December 13, 2018 in skeletal form. The case was filed to address arrearages on debtor's residence and to avert the loss of debtor's residence to foreclosure which had been scheduled for December 17, 2018.

Debtor consulted and retained counsel regarding the filing of a bankruptcy on November 17, 2018. Debtor required time to obtain a certificate of pre-filing credit counseling from an approved provider and gather the financial records, including pay stubs, bank records, mortgage documents, and tax returns, needed to file a petition, prepare the required documents and propose a confirmable plan. Counsel was committed to attending a family gathering for the Thanksgiving holiday in Tampa, Florida and did not return until November 27, 2018. Counsel received debtor's financial documents on December 4, 2018 and her certificate of completion of the credit counseling course on December 7, 2018. The skeletal petition was filed on December 14, 2018. Because of the intervening Christmas holiday, Counsel has not had sufficient time to complete debtors required documents and prepare a feasible plan. Though substantially completed, Counsel requires additional time to finish them and allow the debtor an opportunity to review and sign the documents prior to filing.

The first meeting of creditors is scheduled for January 31, 2018. In order to afford debtor's counsel adequate time to complete preparation of the required documents and enough time for the Chapter 13 trustee to review them prior to the first meeting of creditors, counsel requests an extension of 10 days to and including January 7, 2018.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the State of California and that this declaration was executed at San Francisco, CA on the date below.

Dated: December 28, 2018        /s/ William F. McLaughlin
                                William F. McLaughlin
                                Attorney for Debtor